JANE DOE ONE ET AL. *v.* SHANNON OLIVER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 68 Conn. App. 902 (AC 21269), is denied.

SULLIVAN, C. J., and VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko,* in support of the petition.

*James Sicilian* and *Mario R. Borelli,* in opposition.

Decided April 3, 2002

CHARLES LOGAN *v.* COMMISSIONER OF
CORRECTION

The petitioner Charles Logan's petition for certification for appeal from the Appellate Court, 68 Conn. App. 373 (AC 21596), is denied.

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided April 3, 2002